UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENT R. DILLARD,<br><br>                      Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY EXECUTIVE, GERALD HORNE, and PIERCE COUNTY JAIL DIRECTOR,<br><br>                      Defendants. | NO. C10-5581 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

Before the Court is Plaintiff's motion for an extension of time to respond to Defendants' motion to dismiss. ECF No. 22. Plaintiff requests a new deadline of April 14, 20011. *Id.* Defendants oppose the extension as untimely and not for good cause. ECF No. 23.

Upon review of Plaintiff's motion, Defendants' opposition, and balance of the record, the court finds that the extension requested is reasonable. Because the requested deadline is this week and this Order will likely not reach Plaintiff until after the new deadline has passed, the new deadline shall be scheduled for April 25, 2011.

Accordingly, it is **ORDERED:**

ORDER - 1

1  (1) Plaintiff's motion for an extension (ECF No. 22) is **GRANTED**; Plaintiff shall

2 file his response to Defendants' motion to dismiss **on or before April 25, 2011.**

3  (2) The Clerk shall **re-note** Defendants' motion to dismiss (ECF No. 17) for **April**

4 **29, 2011** and send copies of this Order to Plaintiff and counsel for Defendants.

7 DATED this  12th  day of April, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2