UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENT R. DILLARD,

    Plaintiff,

    v.

PIERCE COUNTY, et al.,

    Defendants.

Case No. C10-5581BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 27) and Plaintiff Kent R. Dillard's ("Dillard") motion for an extension of time (Dkt. 28).

On May 31, 2011, Judge Strombom recommended that Dillard's complaint be dismissed without prejudice because Dillard had failed to exhaust his administrative remedies. Dkt. 27. On June 20, 2011, Dillard filed a motion for an extension of time to file objections to the R&R. Dkt. 28. Dillard argues that he needs an additional 60 days to research legal issues and respond to the finding that he failed to exhaust his administrative remedies. *Id*.

The Court finds that Dillard has failed to show good cause for an extension of time. As stated in the R&R, the failure to exhaust administrative remedies is well settled law. Moreover, Judge Strombom recommends dismissing the action without prejudice so that Dillard may file appropriate grievances and attempt to resolve his disputes with Defendants before seeking relief from this Court.

ORDER – 1

The Court having considered the R&R, Dillard's motion, and the remaining record, does hereby find and order as follows:

(1) Dillard motion for an extension of time is **DENIED**;

(2) The R&R is **ADOPTED**;

(3) This action is **DISMISSED without prejudice**.

DATED this 23rd day of June, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2